## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### April 12, 2006

[Cite as *04/12/2006 Case Announcements*, 2006-Ohio-1703.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006-0179. State ex rel. Buoscio v. Court of Appeals, Tenth Appellate Dist.**
In Mandamus. On respondent's answer and motion for judgment on the pleadings. On S.Ct.Prac.R. X(5) determination and consideration of the motion for judgment on the pleadings, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'DONNELL and LANZINGER, JJ., concur. O'CONNOR, J., not participating.

**2006-0201. State ex rel. Brown v. Court of Appeals, Tenth Appellate Dist.**
In Mandamus. On relator's motion for stay or preliminary injunction of court of appeals proceedings and respondent's motion to dismiss. Motion for stay denied. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006-0222. State ex rel. Adams v. Brunner.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006-0237. State ex rel. Strzala v. Gallagher.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.